## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ING BANK N.V.** | § | **CIVIL ACTION NO. 2:15-cv-00870** |
| | § | |
| **v.** | § | **JUDGE KURT D. ENGELHARDT** |
| | § | |
| **M/V RBD ITALIA, IMO No. 9448619,** | § | **MAGISTRATE JUDGE** |
| **her engines, tackle, equipment,** | § | |
| **furniture, appurtenances, etc.,** *in rem* | § | |

## MOTION TO RELEASE VESSEL FROM ARREST

NOW COMES, plaintiff, ING Bank N.V., through undersigned counsel, and in accordance with this Court's March 20, 2015 Order (Doc. 9) ordering the issuance of a Warrant of Arrest pursuant to Admiralty Rule C, files this motion for an Order to release the M/V RBD ITALIA (IMO No. 9448619), and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "RBD ITALIA") from arrest and / or seizure on the following grounds:

1. The only party to this admiralty action at present is ING Bank N.V., who consents to the release of the RBD ITALIA from arrest and / or seizure; and,

2. This Court has not entered any Order to the contrary preventing or otherwise restricting the foregoing release from arrest and / or seizure of the RBD ITALIA.

WHEREFORE, ING Bank N.V. requests this Court enter an Order releasing the M/V RBD ITALIA (IMO No. 9448619), and her engines, tackle, equipment, furniture, appurtenances, etc. from arrest and / or seizure.

Respectfully submitted:

*/s/ James D. Bercaw*
**JAMES D. BERCAW #20492**
**LAURA E. AVERY #35636**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
E-Mail:  jbercaw@kingkrebs.com
             lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*