**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>ING BANK N.V. | COURT CASE NUMBER<br>15-cv-870 |
| DEFENDANT<br>M/V RBD ITALIA, IMO No. 9448619 | TYPE OF PROCESS<br>Vessel Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V RBD ITALIA, IMO No. 9448619, her engines, tackle, equipment, furniture, appurtenances, etc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DESTREHAN

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James D. Bercaw
Laura E. Avery
King, Krebs & Jurgens PLLC
201 St. Charles Ave, 45th Floor, New Orleans, LA 70170

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Please call Dennis at 259-5824

You are authorized to arrest the M/V RBD ITALIA and/or other property. The undersigned agrees to hold you and the U.S. Marshal for the Eastern District of Louisiana and/or your deputies forever harmless in relation to this arrest and certifies that all costs and charges of the court have been paid or that none are due. Please contact James D. Bercaw or Laura E. Avery at (504) 582-3800 once the vessel has been arrested. Please call attorney Laura Avery at 582-3800 when seized.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (504) 582-3800
DATE: 3/20/15

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 34 | No. 34 | Vita Jones | 3/20/15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
COSENTINO SALURTOZ

Date: 3/20/15    Time: 3:05 ☒ pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $27.00 | | $157.00 | | $0.00 |

REMARKS:
MILEAGE – 24.1 MILES × 2 = 48.2 MILES × .56 = $27.00

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR PROCESS MAY BE USED
X Dktd
___ CtRmDep
___ Doc. No.

Form USM-285
Rev. 11/13